1  Michael Nourmand, Esq. (SBN 198439)
   Email: mnourmand@nourmandlawfirm.com
2  James A. De Sario, Esq. (SBN 262552)
   Email: jdesario@nourmandlawfirm.com
3  **THE NOURMAND LAW FIRM, APC**
   8822 West Olympic Boulevard
4  Los Angeles, California 90211
   Telephone:    (310) 553-3600
5  Facsimile:    (310) 553-3603

6  Attorneys for Plaintiff,
   RAMON MURGA
7

8  September Rea, Esq. (SBN 261121)
   Email:srea@polsineli.com
9  Alex Polishuk, Esq. (SBN 265349)
   Email:apolishuk@polsineli.com
   **POLSINELLI LLP**
10 2049 Century Park East, Suite 2900
   Los Angeles, California 90067
11 Telephone:   (310) 203-5361
   Facsimile:   (310) 556-1802
12
   Attorneys for Defendant
13 CENVEO WORLDWIDE LIMITED

14

15                    UNITED STATES DISTRICT COURT

16                    CENTRAL DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  RAMON MURGA, on behalf of himself and all others similarly situated, | Case No. 2:20-cv-03179-PSG-JPR |
| 19            Plaintiffs, | **RULE 41 STIPULATION FOR DISMISSAL OF ACTION** |
| 20       v. | Complaint Filed: April 6, 2020 |
| 21  CENVEO WORLDWIDE LIMITED, a Delaware corporation; and DOES 1 through 100, inclusive, | |
| 22  | |
| 23            Defendants. | |

24

25

26

27

28

---

RULE 41 STIPULATION FOR DISMISSAL OF ACTION

1 | Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Ramon Murga ("Plaintiff") and Defendant Cenveo Worldwide Limited ("Defendant"), by and through their respective counsel, hereby stipulate to the dismissal of the class claims asserted in the action against Defendant, without prejudice, and dismissal of Plaintiff's individual claims asserted against Defendant in the action, with prejudice.

Each party will bear its own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: February 16, 2021            THE NOURMAND LAW FIRM, APC

By: /s/ James A. De Sario
James A. De Sario, Esq.

Attorneys for Plaintiff
Ramon Murga

DATED: February 16, 2021

By: /s/ Alex Polishuk
Alex Polishuk, Esq.

Attorneys for Defendant
Cenveao Worldwide Limited

### ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

I hereby attest that all signatories indicated by a conformed signature (/s/) concur in the filing's content and have authorized the filing.

/s/ James A. De Sario
James A. De Sario

<u>Ramon Murga v. Cenveo Worldwide Limited</u>
United States District Court - Central District of California
Court Case number: 2:20-CV-03179

I, Alejandra Beltran the undersigned, declare that I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 8822 West Olympic Boulevard, Beverly Hills, California 90211.

On February 17, 2021, I served the following document(s) described as:

**RULE 41 STIPULATION FOR DISMISSAL OF ACTION**

September Rea, Esq.
Alex Polishuk, Esq.
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, California 90067

The above document(s) were served on the interested parties in this action as follows:

*All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-reference case number.*

BY ELECTRONIC MAIL: As follows: I am readily familiar with our office's practice of electronic mail transmission; on this date the document enumerated above was transmitted by electronic mail transmission and that the transmission was reported as complete and delivered, and without error.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this Proof of Service was executed on February 17, 2021, at Beverly Hills, California.

/s/Alejandra Beltran
Alejandra Beltran