```
                    FILED
          CLERK, U.S. DISTRICT COURT

                  2/18/21

          CENTRAL DISTRICT OF CALIFORNIA
          BY:     WH        DEPUTY
```

LINK 30

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CV 20-3179-PSG (JPRx)

| | |
|---|---|
| RAMON MURGA, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CENVEO WORLDWIDE LIMITED, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:20-cv-03285-GW-JPR<br><br>[PROPOSED] ORDER GRANTING STIPULATION REQUESTING DISMISSAL OF CLASS ALLEGATIONS WITHOUT PREDJUDICE AND PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

---

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)

# [PROPOSED] ORDER

The Court has reviewed the Stipulation For Dismissal of Action Pursuant to F.R.C.P. 41(a)(1)(A)(ii) (the "Stipulation"), filed by Plaintiff Ramon Murga ("Plaintiff") and Defendant Cenveo Worldwide Limited ("Defendant") (collectively, the "Parties")

The Parties' Stipulation requesting dismissal of class allegations without prejudice and dismissal of Plaintiff's individual claims with prejudice is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: 2/18/21

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Ramon Murga v. Cenveo Worldwide Limited
United States District Court - Central District of California
Court Case number: 2:20-CV-03179

I, Alejandra Beltran the undersigned, declare that I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 8822 West Olympic Boulevard, Beverly Hills, California 90211.

On February 17, 2021, I served the following document(s) described as:

**[PROPOSED] ORDER GRANTING STIPULATION REQUESTING DISMISSAL OF CLASS ALLEGATIONS WITHOUT PREJUDICE AND PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREDJUDICE PURSUANT TO F.R.C.P. (a)(1)(A)(ii)**

September Rea, Esq.
Alex Polishuk, Esq.
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, California 90067

The above document(s) were served on the interested parties in this action as follows:

*All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-reference case number.*

BY ELECTRONIC MAIL: As follows: I am readily familiar with our office's practice of electronic mail transmission; on this date the document enumerated above was transmitted by electronic mail transmission and that the transmission was reported as complete and delivered, and without error.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this Proof of Service was executed on February 17, 2021, at Beverly Hills, California.

/s/Alejandra Beltran
Alejandra Beltran